## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

CELSA ROMERO RAMIRES,

      Plaintiff,

v.                                                          No. 20-cv-203 KWR/SMV

CHAD WOLF, U.S. Secretary of Homeland Security; KENNETH T. CUCCINELLI, Acting Director of U.S. Citizenship and Immigration Services; U.S. CITIZENSHIP AND IMMIGRATION SERVICES, an agency of the United States; MICHAEL PAUL, Director of the United States Citizenship and Immigration Services Vermont Service Center; WILLIAM P. BARR, U.S. Attorney General; CHRISTOPHER WRAY, Director of Federal Bureau of Investigations; and the FEDERAL BUREAU OF INVESTIGATIONS; in their official capacities,

      Defendants.

### ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S COMPLAINT (DOC. 16)

This matter comes before the Court on Defendants' Unopposed Motion for Extension of Time to Answer Plaintiff's Complaint for Writ of Mandamus and Declaratory Judgment (Doc. 16). Defendants request an additional 60 days.

The Court has reviewed the Motion and finds that it should be granted.

IT IS HEREBY ORDERED that the deadline for Defendants to file an Answer or respond to Plaintiff's Complaint is extended from November 3, 2020 to January 4, 2021.

_____
THE HONORABLE STEPHAN M. VIDMAR
United States Magistrate Judge

SUBMITTED AND APPROVED BY:

*Electronically submitted 11/2/2020*
Tiffany Walters
Assistant United States Attorney
*Counsel for Defendants*


*Electronically approved 10/30/2020*
Heather Kryzak
*Counsel for Plaintiff*